| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------ X<br>UNITED STATES OF AMERICA,<br>                      -v-<br>ROLF SCHNELLMANN,<br>                            Defendant.<br>------------------------------------------------------------ X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 12/15/2023<br><br>1:20-cr-497-GHW-5<br><br>ORDER |

GREGORY H. WOODS, United States District Judge:

A proceeding is scheduled in this matter with respect to defendant Rolf Schnellmann on December 21, 2023 at 10:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: December 15, 2023
       New York, New York

                                                            GREGORY H. WOODS
                                                 United States District Judge