# MEMORANDUM ENDORSED

**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

February 20, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/26/2024

**BY EMAIL**
Hon. Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States v. Rolf Schnellmann**
**20 Cr. 497(GHW)**

Dear Judge Woods,

With the consent of United States Probation Officer Jill Jefferies, I write to request that the Court adjourn Mr. Schnellmann's Presentence Report disclosure deadlines by a period of approximately 90 days. Mr. Schnellmann's sentencing hearing is scheduled for July 19, 2024. The original Presentence Report timeline and deadlines were based on an April sentencing date instead of a July sentencing date. Officer Jefferies advises that a later disclosure date for the Presentence Report, closer in time to the July sentencing hearing date, is appropriate to ensure that the Presentence Report is as accurate and complete as possible prior to sentencing.

Under the proposed schedule, Mr. Schnellmann's initial disclosure deadline would be due on 5/21/2024 and his second disclosure 6/18/2024. As mentioned above, his sentencing in this matter is currently scheduled for July 19, 2024.

Respectfully submitted,
/s/ Zawadi Baharanyi .
Zawadi Baharanyi
Assistant Federal Defenders
Federal Defenders of New York
(212) 417-8735

Application granted. The initial disclosure deadline for the presentence report is extended to May 21, 2024. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 99.

SO ORDERED.

Dated: February 26, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge