```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
    UNITED STATES OF AMERICA,                                 :
                                                              :
                                                              :
                  -v-                                         :
                                                              :        1:20-cr-497-GHW-5
                                                              :
    ROLF SCHNELLMANN,                                         :        ORDER
                                                              :
                                      Defendant.              :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/26/2024

GREGORY H. WOODS, United States District Judge:

The sentencing hearing scheduled to take place on October 10, 2024 is adjourned to October 11, 2024 at 9:00 a.m. The deadlines for the parties' sentencing submissions remain the same. The hearing will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: September 26, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge